**FILED**

PROB 22
(Rev. 1/2001)

**JAN 13 2017**

Clerk, U.S Courts
District Of Montana
Missoula Division

| **TRANSFER OF JURISDICTION** | Docket Number (Tran. Court) |
|---|---|
| | 0868 4:12CR00044 |
| | Docket Number (Rec. Court) |
| | CR 17-3-M-DLC |

| Name and Address of Probation/Supervised Releasee: | District: North Dakota | Division: |
|---|---|---|
| David John Rush | Sentencing Judge: | The Honorable Daniel L. Hovland |
| Kalispell, MT 59901 | Supervision Dates: | From: 11/23/2016 | To: 11/22/2021 |

| Offense: | Possession of Materials Involving the Sexual Exploitation of Minors 18 U.S.C. § 2252(a)(4)(B) |
|---|---|

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the **District of Montana** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 11, 2017
_____
Date

_____
United States District Court Chief Judge

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/13/2017
_____
*Effective Date*

_____
*United States District Court Judge*