IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| | ) | Case No. 4:12-CR-0044 |
| v. | ) | |
| | ) | Violations:   18 U.S.C. §§ 2252(a)(4)(B), |
| | ) | 2252(b)(2), and 2253(a) |
| DAVID JOHN RUSH | ) | |

**Possession of Materials Involving the Sexual Exploitation of Minors**

From on or about January, 2011, until about August, 2011, in the District of North Dakota,

DAVID JOHN RUSH

knowingly possessed, and accessed with intent to view, numerous computer files containing visual depictions that had been transported in interstate commerce, and which were produced using materials which had been mailed, shipped, and transported in interstate commerce, by any means, including by computer, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct;

In violation of Title 18, U.S.C., Sections 2252(a)(4)(B) and 2252(b)(2).

CHRISTOPHER C. MYERS
United States Attorney

GLD:aap

CERTIFIED COPY
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota

By_____
Deputy Clerk