Thane Johnson
JOHNSON, BERG & SAXBY, PLLP
221 1ˢᵗ Avenue East
PO Box 3038
Kalispell, MT 59903-3038
Telephone: (406) 755-5535
Facsimile:  (406) 756-9436

Attorney for Defendant

JUN 25 2019

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cause No. 17-3-M-DLC |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **PETITION FOR EARLY** |
| | ) | **TERMINATION OF PROBATION** |
| DAVID JOHN RUSH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Defendant, David John Rush, by and through his counsel of record, Thane Johnson of Johnson, Berg & Saxby, PLLP, and respectfully petitions this Court pursuant to 18 USC §3564(c) for an early termination of his probation. The Defendant was sentenced to twelve (12) months and one (1) day of incarceration for the offense of possession of child pornography on the 11th day of January, 2016 followed by five (5) years of probation in the United States District Court for the District of North Dakota. A copy of said Judgment is attached hereto and made a part hereof as Exhibit A. The Defendant has successfully completed his incarceration and 42 months of probation. During his probation, the Defendant has not been cited for any negative incidents. The Defendant has attended group counseling while on probation, and his counselor does not oppose this Petition. Evan Hanson, the Defendant's Probation Officer, concurs with this Petition as well.

Currently, the Defendant is a self-employed contractor working in the Flathead Valley. Considering the factors set for in 18 USC §3553(a), the Defendant respectfully requests that the Court grant early termination of his probation. A Brief is attached in support of this Petition.

DATED this 23rd day of June, 2020.

JOHNSON, BERG & SAXBY, PLLP

By: _____
Thane Johnson
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 23rd day of June, 2020, a copy of the foregoing document was served upon the persons by the following means:

_____ CM/ECF
_____ Hand Delivery
__X__ Mail
_____ Delivery Service
_____ Fax
_____ E-mail

Timothy J. Racicot
PO Box 8329
Missoula, MT 59807-8329

_____
Thane Johnson
Attorney for Defendant