IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 26 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17–03–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID JOHN RUSH, | |
| Defendant. | |

Before the Court is Defendant David John Rush's Petition for Early Termination of Probation. (Doc. 3.) While Rush represents that the United States Probation Office lodges no objection to early termination, he fails to indicate what position the government takes. *See* D. Mont. L. C. R. 47.1 (explaining that the text of any motion must state that all parties have been contacted and state whether any party objects).

Accordingly, IT IS ORDERED that the motion (Doc. 3) is DENIED, subject to refiling in compliance with this District's Local Rules.

DATED this 26th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court