**TIMOTHY J. RACICOT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone:   (406) 542-8851**
**FAX:   (406) 542-1476**
**Email:   Tim.Racicot2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-03-M-DLC** |
| **Plaintiff,** | **RESPONSE IN OPPOSITION TO MOTION FOR EARLY TERMINATION (DOC. 3)** |
| **vs.** | |
| **DAVID JOHN RUSH,** | |
| **Defendant.** | |

Defendant David John Rush has filed a motion for early termination of supervised release.   Doc. 3.   The basis for the motion is that Rush has completed 42 of the 60 months imposed by the Court, and has not violated any of the release conditions.   Doc. 4 at 1.   Notwithstanding Rush's represented good conduct while on supervision, the United States opposes his motion for early termination. The policy of the government prohibits agreeing to early termination in cases

1

involving child pornography convictions. The government believes in those matters, where lifetime supervision is authorized by statute, defendants should serve the entire term imposed by the sentencing court. Consequently, the government opposes early termination for Rush and believes his motion should be denied.

Respectfully submitted this 26th day of June, 2020.

KURT G. ALME
United States Attorney

*/s/ Timothy J. Racicot*
Assistant U.S. Attorney
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, a copy of the foregoing document was

served on the following persons by the following means:

(1,2)  CM/ECF
( )     Hand Delivery
( )     U.S. Mail
( )     Overnight Delivery Service
( )     Fax
( )     E-Mail

1.     Clerk, U.S. District Court

2.     Thane Johnson
       Johnson, Berg & Saxby, PLLP
       P.O. Box 3038
       Kalispell, MT 59903-3038

                                    */s/ Timothy J. Racicot*
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff